UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TOYOTA JIDOSHA KABUSHIKI KAISHA
et al.,

                Plaintiff,

                **ORDER**

        -against-

                03 CV 3802 (RJD) (CLP)

FRANK J. FARELLA,

                Defendant.
-----------------------------------------------------------X
DEARIE, District Judge.

    On March 17, 2006, Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that plaintiff's motion for entry of a permanent injunction enjoining defendant from using the trade names and service marks LEXUS, LEXUS ESCORTS, LEXUS ESCORT SERVICE, and LEXUS ENTERTAINMENT SERVICE be granted. The Court has reviewed the Report and Recommendation, and no objections have been filed. The Court adopts Magistrate Judge Pollak's Report and Recommendation without qualification.

    The Clerk is directed to mail copies of this order to the parties.

SO ORDERED.

Dated: Brooklyn, New York
       July /4/, 2006

                                  s/ Judge Raymond J. Dearie
                                  RAYMOND J. DEARIE
                                  United States District Judge